# United States Court of Appeals
## For the First Circuit

---

No. 05-2000

UNITED STATES OF AMERICA,

Appellee,

v.

LIONEL CORMIER,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on November 17, 2006, is amended as follows:

On page 2, line 3, "18 U.S.C. § 841(a)" should be replaced with "21 U.S.C. § 841(a)"

On page 2, line 4, "18 U.S.C. § 846" should be replaced with "21 U.S.C. § 846"

On page 6, footnote 2, line 1, "21 U.S.C. § 922(g)" should be replaced with "18 U.S.C. § 922(g)"

On page 13, line 7, "the Dyer robbery" should be replaced with "the Kane robbery"

On page 13, line 12, "Finch's bail" should be replaced with "Gleason's bail"

On page 13, footnote 3, line 2, "18 U.S.C. § 841(a)(1)" should be replaced with "21 U.S.C. § 841(a)(1)"